*#113  #128812*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED 2010 AUG 31 PM 2:38
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

| | | |
|---|---|---|
| In re: | ) | Case Number: 09-37077 |
| Amelia D. and Travis H. Cooper, | ) | Chapter 7 |
| Debtors. | ) | JUDGE RICHARD L. SPEER |

### REPORT OF DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that attached is is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

Check number 113 in the amount of $5.20 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

August 2, 2010

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129

# DIVIDENDS REMITTED TO THE COURT

Check Number 113 Dated 08/25/10
Case Number 09-37077 - COOPER, AMELIA D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Consultants In Laboratory Medicine<br>Of Greater Toledo<br>3170 W. Central Ave.<br>Toledo, OH 43606<br>   FINAL DISTRIBUTION - ****2074 | 000002 | 8.39 | 0.17 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba AMAZON.COM CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>   FINAL DISTRIBUTION - ****2798 | 000009 | 146.45 | 2.89 |
| Mercy Health Partners<br>P. O. Box 10009<br>Toledo, OH 43699-0009<br>   FINAL DISTRIBUTION | 000010 | 108.60 | 2.14 |
| ---------- Remittance Total --------------- | | 263.44 | 5.20 |

*[signature]*

LOUIS J. YOPPOLO, TRUSTEE